Case 2:10-cv-00010-SEH-RKS   Document 7   Filed 04/21/10   Page 1 of 2



FILED
GREAT FALLS

2010 APR 21 PM 3 48

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

EVELYN DIFRANCESCO,

Plaintiff,

vs.

CAROLYN S. OSTBY, DISTRICT
COURT, JOHN P. DAVIS, LISA
LEVERT, SANDY STASH, ARCO,
AERL, and TAMKO ROOFING
PRODUCTS, INC.,

Defendants.

No. CV-10-10-GF-SEH

**ORDER**

United States Magistrate Keith Strong entered his Findings and

Recommendations[1] on March 30, 2010. Plaintiff filed objections on April 12,

---

[1] Document No. 5.

-1-

2010[2]. The Court reviews *de novo* findings and recommendation to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Complaint[3] is DISMISSED with prejudice.

2. Any appeal of this decision would not be taken in good faith as no reasonable person could conclude that an appeal had merit. Fed. R. App. 24(a)(3)(A).

3. The Clerk of Court is directed to close this matter and enter judgment accordingly.

DATED this **21** st day of April, 2010.

SAM E. HADDON
United States District Judge

---

[2]Document No. 6.

[3]Document No. 2.